MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00075-LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| ERIC HERNANDEZ, SHEENA TAYLOR, and ROBERT ARELLANO, | |
| Defendants. | |

The Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: 4/26/18

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE