McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00075 LJO |
| Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; AND ORDER |
| v. | DATE: JULY 15, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
| ERIC HERNANDEZ AND ROBERTO ARELLANO, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the briefing schedule and hearing date currently set in this case be modified as follows:

   Oppositions shall be filed by July 12, 2019;

   Defendants' Reply shall be filed by August 2, 2019;

   Hearing to be held on August 12, 2019.

The requested continuance regarding the briefing schedule is with the intention of conserving time and resources for both parties and the court. The government has been delayed in reviewing the motions filed by defense counsel because of trial preparation in *United States v. Bert Harris,* 1:18-CR-00003 DAD, which was scheduled to begin on June 18, 2019. Immediately prior to beginning the jury selection process, the defendant entered a guilty plea. Government counsel, however, spent a significant

amount of time preparing for trial and was unable to devote time to reviewing, researching and preparing responses to defendants' motions.

Time was previously excluded under the Speedy Trial Act. The parties agree that the delay resulting from the continuance shall be excluded until August 12, 2019, pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO STIPULATED.

Dated: June 18, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: June 18, 2019  /s/ HARRY DRANDELL
HARRY DRANDELL
Counsel for Defendant
Eric Hernandez

Dated: June 18, 2019  /s/ VIRNA SANTOS
VIRNA SANTOS
Counsel for Defendant
Roberto Arellano

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **June 19, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE